**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

__NORTHERN__ District of __NEW YORK__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1.  Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2.  Debtor's name**

NIPPER APARTMENTS, LLC

**3.  Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4.  Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

8 1 – 3 3 7 3 6 2 1
EIN

**5.  Debtor's address**

**Principal place of business**

991 Broadway
Number        Street

_____

Albany                    NY    12204
City                    State    ZIP Code

Albany
County

**Mailing address, if different**

5513 W 11000N
Number        Street

Box 559
P.O. Box

Highland              UT    84003
City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____
City            State    ZIP Code

| Debtor | NIPPER APARTMENTS, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**6. Debtor's website** (URL) _____

**7. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the types of business listed.

☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No

☐ Yes. Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known _____
                                                MM / DD / YYYY

Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known _____
                                                MM / DD / YYYY

---

**Part 3:    Report About the Case**

**10. Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor   NIPPER APARTMENTS, LLC _____      Case number (if known) _____
         Name

| 13. **Each petitioner's claim** | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Brent Hadfield | Judgment | $ 204.46 |
| | Charles LaPorte | Judgment | $ 681.55 |
| | See attached chart for additional petitioner claims | | $ 154,472.12 |
| | | Total of petitioners' claims | $ 155,313.13 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

| Part 4: | Request for Relief |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

See attached signature pages
Name

_____
Number    Street

_____
City                          State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

See attached signature pages
Name

_____
Number    Street

_____
City                          State           ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

**✖** See attached signature pages
Signature of petitioner or representative, including representative's title

Jeffrey A. Dove
Printed name

Barclay Damon LLP
Firm name, if any

Barclay Damon Tower, 125 East Jefferson Street
Number    Street

Syracuse                    NY            13202
City                        State         ZIP Code

Contact phone  (315) 413-7112  Email jdove@barclaydamon.com

Bar number   101532

State        New York

**✖** /s/Jeffrey A. Dove
Signature of attorney

Date signed   07 / 14 / 2022
              MM / DD / YYYY

**IN RE:  NIPPER APARTMENTS, LLC**
**Involuntary Petition Attachment - 13. Petitioner Claims**

| Name of Petitioner | Nature of Petitioner's Claim | Amount of the claim above the value of any lien |
|---|---|---|
| Denis Matousek and Melissa Matousek | Judgment | $681.55 |
| Genesis Property Source, LLC | Judgment | $136.31 |
| John P. Hurwitz and Courtney A. Hurwitz, as Co-Trustees of the John P. Hurwitz and Courtney A. Hurwitz 2014 Family Trust, dated May 14, 2014 | Judgment | $340.77 |
| Patsy Sterling Watson | Judgment | $272.62 |
| Patsy Sterling Watson Investments, LLC | Judgment | $204.46 |
| PCG Credit Partners, LLC | Judgment | $124,704.58 |
| PCG Select Series I LLC | Judgment | $5,625.48 |
| PERE Holdings LLC | Judgment | $532.97 |
| Reef Common Holdings LLC | Judgment | $5,029.81 |
| Reef Preferred Holdings LLC | Judgment | $15,350.49 |
| Wayne J. O'Sick | Judgment | $340.77 |
| William H. Bauck Revocable Trust dated 09-01-2005, William H. Bauck, Trustee | Judgment | $340.77 |
| Bobo Isio Boumbe | Judgment | $911.54 |
| **Total** | | **$154,472.12** |

Debtor  Nipper Apartments, LLC
_____
Name

Case number (if known)_____

**Name and mailing address of petitioner**

Brent Hadfield
_____
Name

PO Box 7
_____
Number    Street

Elmo                              UT              84521
_____    _____    _____
City                               State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

Brent Hadfield
_____
Name

PO Box 7
_____
Number    Street

Elmo                              UT              84521
_____    _____    _____
City                               State           ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **Jun 13, 2022**
                   MM / DD / YYYY

✗  *Brent Hadfield*
_____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____    _____    _____
City                               State           ZIP Code

Contact phone _____ Email _____

Bar number  _____

State  _____

✗  _____
Signature of attorney

Date signed  _____
                    MM / DD / YYYY

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____    _____    _____
City                               State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____    _____    _____
City                               State           ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
                    MM / DD / YYYY

✗  _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____    _____    _____
City                               State           ZIP Code

Contact phone _____ Email _____

Bar number  _____

State  _____

✗  _____
Signature of attorney

Date signed  _____
                    MM / DD / YYYY

Debtor  Nipper Apartments, LLC
        _____
        Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Charles LaPorte
_____
Name

2790 North 2860 Rd
_____
Number    Street

Hennessey            OK         73742
_____
City                 State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Charles LaPorte
_____
Name

2790 North 2860 Rd
_____
Number    Street

Hennessey            OK         73742
_____
City                 State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6-2-2022
            _____
            MM / DD / YYYY

✗ _Charles LaPorte_____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City                 State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                 State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

Debtor   Nipper Apartments, LLC
_____
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Denis Matousek and Melissa Matousek
_____
Name

3456 N. 2865 Rd
_____
Number   Street

Hennessey          OK          73742
_____
City          State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

Denis Matousek
_____
Name

3456 N. 2865 Rd
_____
Number   Street

Hennessey          OK          73742
_____
City          State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06  06 2022
          MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State _____ ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
          MM / DD / YYYY

---

**Name and mailing address of petitioner**

Denis Matousek and Melissa Matousek
_____
Name

3456 N. 2865 Rd
_____
Number   Street

Hennessey          OK          73742
_____
City          State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

Melissa Matousek
_____
Name

3456 N. 2865 Rd
_____
Number   Street

Hennessey          OK          73742
_____
City          State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06  06  2022
          MM / DD / YYYY

✗ _____ Melissa Matousek
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State _____ ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
          MM / DD / YYYY

Debtor    Nipper Apartments, LLC

Name

Case number (if known)_____

**Name and mailing address of petitioner**

Genesis Property Source, LLC

Name

4483 Open Hill Dr.

Number    Street

South Jordan          UT          84009

City                  State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Laura Sanger

Name

4483 Open Hill Dr.

Number    Street

South Jordan          UT          84009

City                  State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Oe 03 2022

MM  / DD / YYYY

✗ *Laura Sanger*          Member

Signature of petitioner or representative, including representative's title

---

Printed name

Firm name, if any

Number    Street

City                      State       ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____

Signature of attorney

Date signed _____

MM  / DD / YYYY

---

**Name and mailing address of petitioner**

Genesis Property Source, LLC

Name

4483 Open Hill Dr.

Number    Street

South Jordan          UT          84009

City                  State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Thomas Sanger

Name

4483 Open Hill Dr.

Number    Street

South Jordan          UT          84009

City                  State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/03/2022

MM  / DD / YYYY

✗ *Thomas Sanger*          Member

Signature of petitioner or representative, including representative's title

---

Printed name

Firm name, if any

Number    Street

City                      State       ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____

Signature of attorney

Date signed _____

MM  / DD / YYYY

---

**United States Bankruptcy Court**
**Northern District of New York**

In re Nipper Apartments, LLC, debtor

Case No. _____
Chapter _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate
possible disqualification or recusal, the undersigned Petitioner in the above captioned actions
certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit,
that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity
interests, or states that there are no entities to report under FRBP 7007.1:

_____

☒ None [Check if applicable]

Date: 7/7/22

Genesis Property Source, LLC
Name of Petitioner

By: _____ its  Member

**United States Bankruptcy Court**
**Northern District of New York**

In re Nipper Apartments, LLC, debtor

Case No. _____
Chapter _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned Petitioner in the above captioned actions certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☒ None [Check if applicable]

Date: ___7/7/22___

Genesis Property Source, LLC
Name of Petitioner

By: _____ , its Member

Debtor _____   Case number (if known)_____
       Name

**Name and mailing address of petitioner**

John P. Hurwitz and Courtney A. Hurwitz, as Co-Trustees of the John P. Hurwitz and Courtney A.
Hurwitz 2014 Family Trust, dated May 14, 2014

_____
Name

3445 Selene Ct
_____
Number    Street

Santa Rosa          CA          95404
_____
City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

John P. Hurwitz
_____
Name

3445 Selene Ct
_____
Number    Street

Santa Rosa          CA          95404
_____
City                State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/1/22___
            MM / DD / YYYY

✗ _____  Trustee
Signature of petitioner or representative, including representative's title

Printed name
_____

Firm name, if any
_____

Number    Street
_____

City                State       ZIP Code
_____

Contact phone _____  Email _____

Bar number  _____

State  _____

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

John P. Hurwitz and Courtney A. Hurwitz, as Co-Trustees of the John P. Hurwitz and
Courtney A. Hurwitz 2014 Family Trust, dated May 14, 2014

_____
Name

3445 Selene Ct
_____
Number    Street

Santa Rosa          CA          95404
_____
City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Courtney A. Hurwitz
_____
Name

3445 Selene Ct
_____
Number    Street

Santa Rosa          CA          95404
_____
City                State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6-1-2022___
            MM / DD / YYYY

✗ ___Courtney Hurwitz___ Trustee
Signature of petitioner or representative, including representative's title

Printed name
_____

Firm name, if any
_____

Number    Street
_____

City                State       ZIP Code
_____

Contact phone _____  Email _____

Bar number  _____

State  _____

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

Debtor    Nipper Apartments, LLC
_____
Name

Case number (if known)_____

**Name and mailing address of petitioner**

Patsy Sterling Watson
_____
Name

6135 La Cosa Dr
_____
Number    Street

Dallas                          TX            75248
_____
City                           State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Patsy Sterling Watson
_____
Name

6135 La Cosa Dr
_____
Number    Street

Dallas                          TX            75248
_____
City                           State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06  02  2022
_____
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                    State        ZIP Code

Contact phone _____ Email _____

Bar number _____

State       _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City                    State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                    State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                    State        ZIP Code

Contact phone _____ Email _____

Bar number _____

State       _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205              Involuntary Petition Against a Non-Individual              page 4

Debtor    Nipper Apartments, LLC
_____    Case number (if known) _____
Name

**Name and mailing address of petitioner**

Patsy Sterling Watson Investments, LLC
_____
Name

6135 La Cosa Dr
_____
Number    Street

Dallas                TX          75248
_____    _____    _____
City                 State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Patsy Watson
_____
Name

6135 La Cosa Dr
_____
Number    Street

Dallas                TX          75248
_____    _____    _____
City                 State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06  01  2022
           MM / DD / YYYY

✖ _____ Manager
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                      State      ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✖ _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City                 State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                 State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                      State      ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✖ _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 4

**United States Bankruptcy Court**
**Northern District of New York**

In re Nipper Apartments, LLC, debtor

Case No. _____
Chapter _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned Petitioner in the above captioned actions certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☒ None [Check if applicable]

Date: 7/7/2022

Patsy Sterling Watson Investments, LLC
Name of Petitioner

By: _____, its Manager

Debtor    Nipper Apartments, LLC
_____    Case number (*if known*)_____
Name

**Name and mailing address of petitioner**

PCG Credit Partners, LLC
_____
Name

160 W. Canyon Crest Rd.
_____
Number    Street

Alpine _____ UT _____ 84004 ____
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jared Lucero
_____
Name

160 W. Canyon Crest Rd.
_____
Number    Street

Alpine _____ UT _____ 84004 ____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10 / 7 / 2022
MM / DD / YYYY

✘ _____ President
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____ _____ _____
City    State    ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____ _____ _____
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____ _____ _____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____ _____ _____
City    State    ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

**United States Bankruptcy Court**
**Northern District of New York**

In re Nipper Apartments, LLC, debtor

Case No. _____
Chapter _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned Petitioner in the above captioned actions certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☒ None [Check if applicable]

Date: 7/11/22

PCG Credit Partners, LLC
Name of Petitioner

By: _____, its    President

Debtor   Nipper Apartments, LLC                                    Case number (if known)_____
         Name

**Name and mailing address of petitioner**

PCG Select Series I LLC
Name

160 W. Canyon Crest Rd.
Number    Street

Alpine                          UT              84004
City                            State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

J. Brett Boren
Name

160 W. Canyon Crest Rd.
Number    Street

Alpine                          UT              84004
City                            State           ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/7/2022
             MM / DD / YYYY

✖ _____  Manager
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✖ _____
Signature of attorney

Date signed _____
            MM  / DD / YYYY

---

**Name and mailing address of petitioner**

Name

Number    Street

City                            State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                            State           ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✖ _____
Signature of attorney

Date signed _____
            MM  / DD / YYYY

---

**United States Bankruptcy Court**
**Northern District of New York**

In re Nipper Apartments, LLC, debtor

Case No. _____
Chapter _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned Petitioner in the above captioned actions certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Reef Access LLC
_____

☐ None [Check if applicable]

Date: 7/11/22 _____

PCG Select Series I LLC
_____
Name of Petitioner

By: _____ , its Manager

Debtor    Nipper Apartments, LLC
_____
Name

Case number (if known)_____

**Name and mailing address of petitioner**

PERE Holdings LLC
_____
Name

50 W Canyon Crest Rd
_____
Number    Street

Alpine                    UT              84004
_____
City                      State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

Christopher Crittenden
_____
Name

50 W Canyon Crest Rd
_____
Number    Street

Alpine                    UT              84004
_____
City                      State           ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/ 14/ 2022
_____
          MM  / DD / YYYY

✗ _____ Manager
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                      State           ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
          MM  / DD / YYYY

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City                      State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                      State           ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
          MM  / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                      State           ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
          MM  / DD / YYYY

**United States Bankruptcy Court**
**Northern District of New York**

In re Nipper Apartments, LLC, debtor

Case No. _____

Chapter _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned Petitioner in the above captioned actions certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Reef Capital Investment LLC

☐ None [Check if applicable]

Date: 7/12/2022

PERE Holdings LLC
Name of Petitioner

By _____, its  Manager

Debtor    Nipper Apartments, LLC
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Reef Common Holdings LLC, a Utah limited liability company
Name

60 W. Canyon Crest Rd.
Number    Street

Alpine          UT       84004
City          State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jed Robinson
Name

60 W. Canyon Crest Rd.
Number    Street

Alpine          UT       84004
City          State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06  07  2022
          MM / DD / YYYY

✖ _/s/ Jed Robinson_    Manager
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✖ _____
Signature of attorney

Date signed _____
        MM / DD / YYYY

**Name and mailing address of petitioner**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
        MM / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✖ _____
Signature of attorney

Date signed _____
        MM / DD / YYYY

**United States Bankruptcy Court**
**Northern District of New York**

In re Nipper Apartments, LLC, debtor

Case No. _____
Chapter _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate
possible disqualification or recusal, the undersigned Petitioner in the above captioned actions
certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit,
that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity
interests, or states that there are no entities to report under FRBP 7007.1:

Reef Capital Investment LLC _____

☐ None [Check if applicable]

Date: _7 - 12 - 2 2_____

Reef Common Holdings LLC _____
Name of Petitioner

By: _____ , its  Manager

Debtor    Nipper Apartments, LLC
        _Name_                                                                  Case number (if known)_____

**Name and mailing address of petitioner**

Reef Preferred Holdings LLC
Name

160 W. Canyon Crest Rd.
Number    Street

Alpine _____ UT _____ 84004
City        State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Michael Burke
Name

160 W. Canyon Crest Rd.
Number    Street

Alpine _____ UT _____ 84004
City        State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06 / 06 / 2022
         MM / DD / YYYY

✖ _____ Manager
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number    Street

City        State       ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✖ _____
Signature of attorney

Date signed _____
         MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name

Number    Street

City        State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City        State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
         MM / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number    Street

City        State       ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✖ _____
Signature of attorney

Date signed _____
         MM / DD / YYYY

---

Official Form 205              Involuntary Petition Against a Non-Individual              page 4

**United States Bankruptcy Court**
**Northern District of New York**

In re Nipper Apartments, LLC, debtor

Case No. _____
Chapter _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned Petitioner in the above captioned actions certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____ Reef Capital Investment LLC _____

☐ None [Check if applicable]

Date: 7/11/21 _____

Reef Preferred Holdings LLC _____
Name of Petitioner

By: _____ , its  Manager

Debtor     Nipper Apartments, LLC                          Case number (if known)
         Name

**Name and mailing address of petitioner**

Wayne J. O'Sick
Name

3109 La Mesa Drive
Number    Street

Henderson         NV        89014
City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Wayne J. O'Sick
Name

3109 La Mesa Drive
Number    Street

Henderson         NV        89014
City                State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/01/2022
          MM / DD / YYYY

✗ _Wayne J O'Sick_
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number    Street

City                State       ZIP Code

Contact phone           Email

Bar number

State

✗ _____
Signature of attorney

Date signed
         MM / DD / YYYY

**Name and mailing address of petitioner**

Name

Number    Street

City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                State       ZIP Code

Printed name

Firm name, if any

Number    Street

City                State       ZIP Code

Contact phone           Email

Bar number

State

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
          MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

✗ _____
Signature of attorney

Date signed
         MM / DD / YYYY

Debtor  Nipper Apartments, LLC
        Name

Case number (if known)_____

**Name and mailing address of petitioner**

William H. Bauck Revocable Trust dated 09-01-2005, William H. Bauck, Trustee.
Name

2920 S. 127th St. East
Number    Street

Wichita                    KS        67210
City                       State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

William H. Bauck
Name

2920 S. 127th St. East
Number    Street

Wichita                    KS        67210
City                       State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/01/2022
            MM / DD / YYYY

✗ _William H Bauck_____ Trustee
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number    Street

City                       State     ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

**Name and mailing address of petitioner**

Name

Number    Street

City                       State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                       State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number    Street

City                       State     ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Debtor  _Nipper Apartments LLC_____      Case number (if known)_____
     Name

| 13. **Each petitioner's claim** | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Bobo Isio Bosumbe | Unpaid judgment | $ 911.54 |
| | | | $ |
| | | | $ |
| | | Total of petitioners' claims | $ 911.54 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney.  include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

| Part 4: | **Request for Relief** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Bobo Isio Bosumbe_____
Name

123  Livingston Avenue J2_____
Number    Street

Albany_____ N.Y____ 12207___
City                State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6 21 2022_____
    MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                State        ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed  **07 / ___ / 2022**
    MM / DD / YYYY