*ntcdsm*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>NIPPER APARTMENTS, LLC<br><br>81–3373621<br>991 Broadway<br>Albany, NY 12204 | )<br>)<br>)<br>)Case Number: 22–10652–1–rel<br>)<br>)<br>)<br>)<br>)<br>)Chapter: 7<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
 Peter A. Pastore
O'Connell & Aronowitz P.C.
54 State St
Albany, NY 12207
Telephone number:  518–462–5601


NAME/ADDRESS OF TRUSTEE
none


# NOTICE OF DISMISSAL

Notice is hereby given pursuant to FRBP 2002(f)(2) of the entry of an Order on 12/28/23 , dismissing the above captioned chapter 7 petition without prejudice.


Date: 12/28/23

*FOR THE COURT*

Cynthia A. Platt
Clerk of the Bankruptcy Court