# Notice Recipients

District/Off: 0206–1                     User: admin                          Date Created: 12/28/2023

Case: 22–10652–1–rel                     Form ID: ntcdsm                       Total: 25

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion02.AL.ECF@USDOJ.GOV |
| cd | U.S. Trustee | USTPRegion02.AL.ECF@USDOJ.GOV |
| aty | Peter A. Pastore | papastore@oalaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | NIPPER APARTMENTS, LLC | 991 Broadway | Albany, NY 12204 | |
| cc | NIPPER APARTMENTS, LLC | 991 Broadway | Albany, NY 12204 | |
| cd | NIPPER APARTMENTS, LLC | 991 Broadway | Albany, NY 12204 | |
| smg | United States Attorney, NDNY | P.O. Box 7198 | Syracuse, NY 13261–7198 | |
| 909502443 | Barclay Damon LLP | attn: Janice B. Grubin, Esq | 1270 Avenue of the Americas, Suite 501 | New York, NY 10020 |
| 909397603 | Bobo Isio Bosumbe | 123 Livingston Avenue, J2 | Albany, NY 12207 | |
| 909397588 | Brent Hadfield | PO Box 7 | Elmo, UT 84521 | |
| 909397589 | Charles LaPorte | 2790 North 2860 Road | Hennessey, OK 73742 | |
| 909397590 | Denis Matousek | 3456 North 2865 Road | Hennessey, OK 73742 | |
| 909397592 | Genesis Property Source, LLC | Attn: Laura and Thomas Sanger | 4483 Open Hill Drive | South Jordan, UT 84009 |
| 909397593 | John P. Hurwitz and Courtney A. Hurwitz, as | Co–Trustees of the John P. Hurwitz 2014 | Family Trust dated May 14, 2014 | 3445 Selene Court | Santa Rosa, CA 95404 |
| 909397591 | Melissa Matousek | 3456 North 2865 Road | Hennessey, OK 73742 | |
| 909397672 | Nipper Apartments, LLC | 5513 W 1100N | Box 559 | Highland, UT 84003 |
| 909397596 | PCG Credit Partners, LLC | Attn: Jared Lucero | 160 West Canyon Crest Road | Alpine, UT 84004 |
| 909397597 | PCG Select Series I LLC | Attn: J. Brett Boren | 160 West Canyon Crest Road | Alpine, UT 84004 |
| 909397598 | PERE Holdings LLC | Attn: Christopher Crittenden | 50 West Canyon Crest Road | Alpine, UT 84004 |
| 909397594 | Patsy Sterling Watson | 6135 La Cosa Drive | Dallas, TX 75248 | |
| 909397595 | Patsy Sterling Watson Investments, LLC | Attn: Patsy Sterling Watson | 6135 La Cosa Drive | Dallas, TX 75248 |
| 909397599 | Reef Common Holdings LLC | Attn: Jed Robinson | 60 West Canyon Crest Road | Alpine, UT 84004 |
| 909397600 | Reef Preferred Holdings LLC | Attn: Michael Burke | 160 West Canyon Crest Road | Alpine, UT 84004 |
| 909397601 | Wayne J. O'Sick | 3109 La Mesa Drive | Henderson, NV 89014 | |
| 909397602 | William H. Bauck Revocable Trust dated | 09–01–2005, William H. Bauck Trustee | 2920 South 127th Street East | Wichita, KS 67210 |

TOTAL: 22