*ocdsmA*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In Re: Debtor(s) (name(s) and address)
NIPPER APARTMENTS, LLC

81−3373621
991 Broadway
Albany, NY 12204

)
)
)
)Case Number: 22−10652−1−rel
)
)
)
)
)
)Chapter: 7
)
)
)
)
)
)
)
)
)

# ORDER CLOSING DISMISSED CASE

The above named case having been dismissed by Order dated 12/28/23 , it is

ORDERED that this case be and hereby is closed.

Albany, NY
DATED: 4/14/25

*BY THE COURT*

HON. ROBERT E. LITTLEFIELD, JR.
U.S. Bankruptcy Judge